UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MAX LOUISIUS,**

      **Plaintiff,**

v.　　　　　　　　　　　　　　　　　Case No:   6:19-cv-2283-Orl-78GJK

**RAUSCH, STURM, ISRAEL,
ENERSON & HORNIK LLP and
CASCADE CAPITAL, LLC,**

      **Defendants.**

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
CASE NO. 2018-CC-003449-20-S CASCADE CAPITAL LLC v. Max Louisius - Seminole County Court
_____
_____

_____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:   December 7, 2019

　　　　　　　　　　　　　　　　　　　　　/s/ Jason Brian Phillips, Esq.
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Jason Brian Phillips, Esq.
　　　　　　　　　　　　　　　　　　　　　Florida Bar No: 89841
　　　　　　　　　　　　　　　　　　　　　J. BRIAN PHILLIPS, P.A. Attorney at Law
　　　　　　　　　　　　　　　　　　　　　P.O. Box 621176
　　　　　　　　　　　　　　　　　　　　　Orlando, FL 32862-1176
　　　　　　　　　　　　　　　　　　　　　Tel. (407) 237-0192
　　　　　　　　　　　　　　　　　　　　　jason@jbrianphillipsesq.com