UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAX LOUISIUS,

       Plaintiff,                          CASE NO:  6:19-cv-2283-Orl-78GJK

v.

RAUSCH, STURM, ISRAEL,
ENERSON & HORNIK LLP,
and
CASCADE CAPITAL, LLC,

       Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

      I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

a) Max Louisius,
Plaintiff

b) Jason Brian Phillips, Esquire
Attorney for the Plaintiffs

c) J. Brian Phillips, P.A.
Law Firm for the Plaintiffs

d) Rausch, Sturm, Israel,
Enerson & Hornik LLP,
Defendant

e) Cascade Capital, LLC
Defendant

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Max Louisius, Named Plaintiff; Jason Brian Phillips, Esquire; J. Brian Phillips, P.A.

     I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: December 7, 2019

                                                             By: /s/ *Jason Brian Phillips, Esq.*

                                                             Jason Brian Phillips, Esq.
                                                            Florida Bar No: 89841
                                                            J. BRIAN PHILLIPS, P.A.
                                                            P.O. Box 621176
                                                            Orlando, FL 32862-1176
                                                            Tel. (407) 237-0192
                                                            jason@jbrianphillipsesq.com
                                                            TRIAL COUNSEL FOR THE PLAINTIFF