AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| MAX LOUISIUS <br> *Plaintiff(s)* <br> v. <br> RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLP and CASCADE CAPITAL, LLC <br> *Defendant(s)* | Civil Action No. 6:19-cv-2283-Orl-78GJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLP d/b/a RAUSCH STURM
    c/o Gregory W. Enerson
    250 N. Sunnyslope Road, Suite 300
    Brookfield, WI 53005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jason Brian Phillips, Esq.
    J. BRIAN PHILLIPS, P.A.
    P.O. Box 621176
    Orlando, FL 32862-1176

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*DianaAldana*

Date: __Dec 09, 2019__

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| MAX LOUISIUS | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 6:19-cv-2283-Orl-78GJK |
| RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLP and CASCADE CAPITAL, LLC | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

CASCADE CAPITAL, LLC C/O REGISTERED AGENT
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Brian Phillips, Esq.
J. BRIAN PHILLIPS, P.A.
P.O. Box 621176
Orlando, FL 32862-1176

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Diana Aldana*

Date: Dec 09, 2019

*Signature of Clerk or Deputy Clerk*