UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAX LOUISIUS,

      Plaintiff,                      CASE NO:  6:19-cv-2283-Orl-78GJK

v.

RAUSCH, STURM, ISRAEL,
ENERSON & HORNIK LLP,
and
CASCADE CAPITAL, LLC,

      Defendant.
_____/

## NOTICE OF FULL SETTLEMENT

The Plaintiff, MAX LOUISIUS, by and through his undersigned counsel, hereby notifies this Honorable Court that the parties have reached settlement on all matters pertaining to the instant action. The Plaintiff anticipates that he will be able to file a Notice of Voluntary for Dismissal with Prejudice within thirty (30) calendar days of the date of this filing. Dated: January 10, 2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List by electronic service to:

Elizabeth Garcia, Esquire
EGarcia@rsieh.com
Rausch, Sturm, Israel, Enerson & Hornik LLP
5500 South Quebec St, Suite 260
Greenwood Village, CO 80111
Phone:  303-824-4634

By: /s/ *Jason Brian Phillips, Esq.*

Jason Brian Phillips, Esq.
Florida Bar No: 89841
J. BRIAN PHILLIPS, P.A.
P.O. Box 621176
Orlando, FL 32862-1176
Tel. (407) 237-0192
jason@jbrianphillipsesq.com
TRIAL COUNSEL FOR THE PLAINTIFF