# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MAX LOUISIUS,

        Plaintiff,

v.                                         Case No: 6:19-cv-2283-Orl-78GJK

RAUSCH, STURM, ISRAEL, ENERSON
& HORNIK LLP and CASCADE
CAPITAL, LLC,

        Defendants.
_____/

## ORDER

The Court has been advised by the Notice of Full Settlement that the above-styled action has been completely settled. (Doc. 11 at 1).

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** in Orlando, Florida on January 13, 2020.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record